UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DERRICK MATTHEW DOUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00579-JPH-MJD |
| | ) |
| COUNTY OF VERMILLION, INDIANA, | ) |
| TIM YOCUM, Commissioner, | ) |
| MIKE PHELPS, Sheriff, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**I.
Granting *in forma pauperis* status**

Mr. Dougherty's motion to proceed *in forma pauperis*, dkt. [2], is **GRANTED**. *See* 28 U.S.C. § 1915(a). While *in forma pauperis* status allows Mr. Dougherty to proceed without prepaying the filing fee, he remains liable for the full fees. *Rosas v. Roman Catholic Archdiocese of Chicago*, 748 F. App'x 64, 65 (7th Cir. 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without *prepayment* of fees,' . . . but not without *ever* paying fees."). In this case, the filing fee is Three Hundred and Fifty Dollars. No payment is due at this time.

**II.
Motion for Facebook block list removal**

Mr. Dougherty has asked the Court to order that he "and any other person blocked by Commissioner Yocum be unblocked immediately." Dkt. [3]. The Court construes this request as one for a preliminary injunction. "A

preliminary injunction is an extraordinary equitable remedy that is available only when the movant shows clear need." *Turnell v. Centimark Corp.*, 796 F.3d 656, 661 (7th Cir. 2015). A party seeking a preliminary injunction must show three threshold requirements: (1) "absent a preliminary injunction, it will suffer irreparable harm in the interim period prior to final resolution of its claims"; (2) "traditional legal remedies would be inadequate"; and (3) "its claim has some likelihood of succeeding on the merits." *Valencia v. City of Springfield, Ill.*, 883 F.3d 959, 966 (7th Cir. 2018). If those threshold requirements are met, the Court proceeds to balance the harms and benefits of the injunction. *Id.*

Based on the present record—essentially consisting of only a complaint—the Court cannot determine if these threshold elements have been met. Therefore, Mr. Dougherty's motion is **DENIED without prejudice**. Dkt. [3]. If he believes that a preliminary injunction is appropriate, he may renew this motion with more detail and evidentiary support.

### III.
### Directing Service of Process

The **clerk is directed** under Federal Rule of Civil Procedure 4(c)(3) to issue process to Defendants in the manner specified by Rule 4(d). Process shall consist of the complaint, dkt. 1, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Order.

**SO ORDERED.**

Date: 1/6/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

Distribution:

DERRICK MATTHEW DOUGHERTY
250 W. Market St
PO Box 189
Newport, IN 47966

COUNTY OF VERMILLION, INDIANA
255 S. Main St
Newport, IN 47966

TIM YOCUM
255 S Main St
Newport, IN 47966

MIKE PHELPS
1888 S State Road 63
Hillsdale, IN 47854